**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| IN RE: DAVID C. PETERS II (P48648) | No. 08-MC-50867 |
| _____/ | Honorable Patrick J. Duggan |
|  | Honorable Thomas L. Ludington |
|  | Honorable Sean F. Cox |

## ORDER

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on August 19, 2011.

On July 25, 2008, David C. Peters II was suspended from the practice of law in the State of Michigan for a period of sixty (60) days commencing August 16, 2008. As a result of this "discipline," Mr. Peters was suspended from the practice law "in the United States District Court and the United States Bankruptcy Court for Eastern District of Michigan" on September 22, 2008.

On October 24, 2008, he was reinstated by the Attorney Discipline Board to practice law before the state courts in Michigan. On June 21, 2011, Mr. Peters filed a petition and affidavit seeking to be "reinstated to the practice of law before the federal courts within the Eastern District of Michigan." This petition was assigned to the undersigned panel.

The panel has received a copy of the Grievance Administrator's Reinstatement Report which contains transcripts of the hearings which led to the suspension and the sanctions. The panel has carefully reviewed the Grievance Administrator's Reinstatement Report and the

transcripts of the hearing which led to the to the suspension and sanctions, and the panel sees no further need for any additional hearings on this matter. The panel has also received a letter dated July 13, 2011 from the Attorney Grievance Commission, which informs this Court that the "Grievance Administrator is not objecting to the reinstatement of David C. Peters II to the federal court. The Attorney Grievance Commission has no information in its possession adverse to Mr. Peters reinstatement to the practice of law."

Based on the information presented to this panel, the panel unanimously agrees that Mr. Peters' petition for reinstatement to practice law in the federal courts should be granted.

Therefore,

IT IS ORDERED that David C. Peters II's license to practice law in the United States District Court and the United States Bankruptcy Court for the Eastern District of Michigan is hereby reinstated.

> s/Patrick J. Duggan
> Patrick J. Duggan
> United States District Judge
>
>
> s/Thomas L. Ludington
> Thomas L. Ludington
> United States District Judge
>
> Sean F. Cox
> Sean F. Cox
> United States District Judge